

# Wolotira Declaration - Attachment B

Contaminant Abbreviations for Hylebos Waterway NRDA Liability Allocation

| Contaminant | Abbreviation |
|---|---|
| Polycyclic aromatic hydrocarbons | PAHs |
| Polychlorinated biphenyls | PCBs |
| Metals | |
|   Antimony | SB |
|   Arsenic | AS |
|   Cadmium | CD |
|   Chromium | CR |
|   Copper | CU |
|   Lead | PB |
|   Mercury | HG |
|   Nickel | NI |
|   Silver | AG |
|   Zinc | ZN |
|   Tributyltin | TBT |
| Chlorobenzenes | |
|   1,3-dichlorobenzene | MDCB |
|   1,4-dichlorobenzene | PDCB |
|   1,2,4-trichlorobenzene | TCB |
|   Hexachlorobenzene | HCB |
| Phthalates | |
|   Bis (2-ethylhexyl) phthalate | BEPH |
|   Butylbenzyl phthalate | BBPH |
|   Di-n-octyl phthalate | DOPH |
|   Diethylphthalate | DEPH |

| | |
|---|---|
| Dimethylphthalate | DMPH |
| Phenols | |
| 4-methyl phenol | MP4 |
| 2,4-dimethyl phenol | DMP |
| Pentachlorophenol | PCP |
| Phenol | PNL |
| Hexachlorobutadiene | HCBD |
| DDTs | |
| Dichlorodiphenyldichloroethane | DDD |
| Dichlorodiphenyldichloroethylene | DDE |
| Dichlorodiphenyltrichloroethane | DDT |